Certificate Number: 14912-PAM-DE-029786939

Bankruptcy Case Number: 17-03042


14912-PAM-DE-029786939

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2017, at 7:12 o'clock PM EDT, Amanda Gelnett completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 25, 2017

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor