```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 17-03042-JJT
Michael E Gelnett                                                    Chapter 13
Amanda S Gelnett
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5        User: TWilson            Page 1 of 2            Date Rcvd: Aug 31, 2017
                            Form ID: ntcnfhrg        Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.

```
db/jdb       +Michael E Gelnett,    Amanda S Gelnett,    742 Chestnut Rd,   Millville, PA 17846-8601
4948633       Autotrakk LLC,    1500 Symacore Rd,    Montoursville, PA 17754
4948634      +Avante USA,    3600 S Guessner Ste 225,    Houston, tx 77063-5357
4948635      +Columbia County Prothonotary,    35 W Main St,   Bloomsburg, PA 17815-1702
4948636      +Columbia County Sheriff,    35 W Main St,    Bloomsburg, PA 17815-1702
4948638      +Comcast,    1020 Commerce Park Dr,    Williamsport, PA 17701-5487
4948639      +Dental Health Associates,    20 Schoolhouse Rd,    Milton, PA 17847-7909
4948640       First Federal Credit Control,    2470 Chagrin Blvd Suite 205,   Beachwood, OH 44122
4948641       First Federal Creedit Control,    2470 Chagrin Blvd Suite 205,   Beachwood, Ohio 44122
4948642      +Gary Dincher,    445 River Ave,    Williamsport, PA 17701-3722
4948644      +Keystone Credit Collections,    P.O. Box 707,    Richland, PA 17087-0707
4948645      +Muncy Valley Hospital,    215 E Water St,    Muncy, PA 17756-8700
4948649      +PPL,   827 Hausman Rd,    Allentown, PA 18104-9392
4960567      +Parker McCay,    9000 Midlantic Drive,    Suite 300,    PO Box 5054,   Mount Laurel, NJ 08054-5054
4948648      +Penn Credit Corp,    916 S 14th St,    Harrisburg, PA 17104-3425
4948650      +Progressive Ins Co,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
4948652      +Stacey C Silverman,    742 Chestnut Rd,    Millville, PA 17846-8601
4948654      +US Dept of Education,    Loan Servicing Center,    PO Box 4609,   Utica, NY 13504-4609
4948655     #+Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
4960566      +Visio Financial Services Inc,    8180 East Kaiser Blvd,    Anaheim Hills, CA 92808-2277
4948657      +Williamsport Hospital,    700 High St,    Williamsport, PA 17701-3198
4948658      +Windstream Communications,    1090 Hanover St,    Hanover Twnsp, PA 18706-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4948637      +E-mail/Text: rnewhart@columbiapa.org Aug 31 2017 19:03:12    Columbia County Tax Claim Bureau,
              PO Box 380,   Bloomsburg, PA 17815-0380
4948643       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 31 2017 19:03:00    Jefferson Capital Systems,
              16 McLeland Rd,   Saint Cloud, MN 56303
4948647      +E-mail/Text: Bankruptcies@nragroup.com Aug 31 2017 19:03:37    National Recovery Agency,
              PO Box 67015,   Harrisburg, PA 17106-7015
4948646      +E-mail/Text: Bankruptcies@nragroup.com Aug 31 2017 19:03:37    National Recovery Agency,
              2491 Paxton St,   Harrisburg, PA 17111-1036
4948651      +E-mail/Text: bankruptcy@remitcorp.com Aug 31 2017 19:02:51    Remit Corp,   36 W Main St,
              Bloomsburg, PA 17815-1703
4948653      +E-mail/Text: bankruptcy@sw-credit.com Aug 31 2017 19:02:50    SW Credit Systems,
              4120 International Pkwy,   Carrollton, TX 75007-1958
4948656      +E-mail/Text: RMOpsSupport@alorica.com Aug 31 2017 19:02:59    West Asset Management,
              2703 N Hwy 75,   Sherman, TX 75090-2567
4948659      +E-mail/Text: barb@wyrope.org Aug 31 2017 19:02:34    Wyrope Williamsport FCU,
              1536 Riverside Dr,   Williamsport, PA 17702-7039
                                                                                           TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:

        Charles J DeHart, III (Trustee)　　TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
        James Warmbrodt　　on behalf of Creditor　　Visio Financial Services, Inc. bkgroup@kmllawgroup.com
        Robert Spielman　　on behalf of Joint Debtor Amanda S Gelnett bobspielman@yahoo.com, rssecty@yahoo.com
        Robert Spielman　　on behalf of Debtor Michael E Gelnett bobspielman@yahoo.com, rssecty@yahoo.com
        United States Trustee　　ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael E Gelnett  
Amanda S Gelnett

Debtor(s)

Chapter 13

Case No. 5:17–bk–03042–JJT

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **September 29, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: October 17, 2017<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 31, 2017 |