```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                            Case No. 17-03042-JJT
Michael E Gelnett                                                 Chapter 13
Amanda S Gelnett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AGarner          Page 1 of 1           Date Rcvd: Dec 04, 2017
                            Form ID: ntcltrdb      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.
4960566        +Visio Financial Services Inc,    8180 East Kaiser Blvd,    Anaheim Hills, CA 92808-2277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
              Robert  Spielman    on behalf of Debtor 2 Amanda S Gelnett bobspielman@yahoo.com,
               rssecty@yahoo.com
              Robert  Spielman    on behalf of Debtor 1 Michael E Gelnett bobspielman@yahoo.com,
               rssecty@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael E Gelnett  
Amanda S Gelnett

Chapter 13

Case No. 5:17−bk−03042−JJT

Debtor(s)

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#14) has been filed by the Debtor on behalf of Visio Financial Services Inc in the amount of $44672.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2017 |