```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                    Case No. 17-03042-JJT
Michael E Gelnett                                         Chapter 13
Amanda S Gelnett
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: TWilson         Page 1 of 1        Date Rcvd: Dec 06, 2017
                            Form ID: orcnfpln     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
db/jdb        +Michael E Gelnett,    Amanda S Gelnett,    742 Chestnut Rd,    Millville, PA 17846-8601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
              Robert Spielman    on behalf of Debtor 2 Amanda S Gelnett bobspielman@yahoo.com,
               rssecty@yahoo.com
              Robert Spielman    on behalf of Debtor 1 Michael E Gelnett bobspielman@yahoo.com,
               rssecty@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael E Gelnett<br>Amanda S Gelnett | Chapter 13<br>Case No. 5:17–bk–03042–JJT |
| Debtor(s) | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 24, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: December 6, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk