```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                        Case No. 17-03042-JJT
Michael E Gelnett
Amanda S Gelnett                                              Chapter 13
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson                Page 1 of 2              Date Rcvd: Sep 19, 2018
                              Form ID: ordsmiss            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db/jdb       +Michael E Gelnett,    Amanda S Gelnett,    742 Chestnut Rd,    Millville, PA 17846-8601
4948633       Autotrakk LLC,    1500 Symacore Rd,    Montoursville, PA 17754
4948634      +Avante USA,    3600 S Guessner Ste 225,    Houston, tx 77063-5357
4948635      +Columbia County Prothonotary,    35 W Main St,    Bloomsburg, PA 17815-1702
4948636      +Columbia County Sheriff,    35 W Main St,    Bloomsburg, PA 17815-1702
4948638      +Comcast,    1020 Commerce Park Dr,    Williamsport, PA 17701-5487
4948639      +Dental Health Associates,    20 Schoolhouse Rd,    Milton, PA 17847-7909
4948640       First Federal Credit Control,    2470 Chagrin Blvd Suite 205,    Beachwood, OH 44122
4948641       First Federal Creedit Control,    2470 Chagrin Blvd Suite 205,    Beachwood, Ohio 44122
4948642      +Gary Dincher,    445 River Ave,    Williamsport, PA 17701-3722
4948644      +Keystone Credit Collections,    P.O. Box 707,    Richland, PA 17087-0707
4948645      +Muncy Valley Hospital,    215 E Water St,    Muncy, PA 17756-8700
4948649      +PPL,    827 Hausman Rd,    Allentown, PA 18104-9392
4978932      +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4960567      +Parker McCay,    9000 Midlantic Drive,    Suite 300,    PO Box 5054,    Mount Laurel, NJ 08054-5054
4948648      #+Penn Credit Corp,    916 S 14th St,    Harrisburg, PA 17104-3425
4978572       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4948650      +Progressive Ins Co,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
4948652      +Stacey C Silverman,    742 Chestnut Rd,    Millville, PA 17846-8601
4948654      +US Dept of Education,    Loan Servicing Center,    PO Box 4609,    Utica, NY 13504-4609
4995084      +VINCE ENTERPRISES,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
4960566      +Visio Financial Services Inc,    8180 East Kaiser Blvd,    Anaheim Hills, CA 92808-2277
4948657      +Williamsport Hospital,    700 High St,    Williamsport, PA 17701-3198
4948658      +Windstream Communications,    1090 Hanover St,    Hanover Twnsp, PA 18706-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4964592      +EDI: ATLASACQU.COM Sep 19 2018 22:53:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
4948634      +E-mail/Text: paymentprocessing@avanteusa.com Sep 19 2018 19:14:23      Avante USA,
               3600 S Guessner Ste 225,    Houston, tx 77063-5357
4994043      +E-mail/Text: bankruptcy@cavps.com Sep 19 2018 19:15:12      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4948637       E-mail/Text: rnewhart@columbiapa.org Sep 19 2018 19:15:21      Columbia County Tax Claim Bureau,
               PO Box 380,    Bloomsburg, PA 17815-0380
4948643       EDI: JEFFERSONCAP.COM Sep 19 2018 22:53:00      Jefferson Capital Systems,    16 McLeland Rd,
               Saint Cloud, MN 56303
4948647      +E-mail/Text: Bankruptcies@nragroup.com Sep 19 2018 19:15:31      National Recovery Agency,
               PO Box 67015,    Harrisburg, PA 17106-7015
4948646      +E-mail/Text: Bankruptcies@nragroup.com Sep 19 2018 19:15:31      National Recovery Agency,
               2491 Paxton St,    Harrisburg, PA 17111-1036
4981933       EDI: Q3G.COM Sep 19 2018 22:53:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
               PO Box 788,    Kirkland, WA 98083-0788
4948651      +E-mail/Text: bankruptcy@remitcorp.com Sep 19 2018 19:14:58      Remit Corp,    36 W Main St,
               Bloomsburg, PA 17815-1703
4948653      +EDI: SWCR.COM Sep 19 2018 22:53:00      SW Credit Systems,    4120 International Pkwy,
               Carrollton, TX 75007-1958
5008388       EDI: ECMC.COM Sep 19 2018 22:53:00      US Department of Education,    PO Box 16448,
               St Paul, MN 55116-0448
4948655      +EDI: VERIZONCOMB.COM Sep 19 2018 22:53:00      Verizon Wireless,    PO Box 26055,
               Minneapolis, MN 55426-0055
4948656      +EDI: WESTASSET.COM Sep 19 2018 22:53:00      West Asset Management,    2703 N Hwy 75,
               Sherman, TX 75090-2567
4948659      +E-mail/Text: barb@wyrope.org Sep 19 2018 19:14:35      Wyrope Williamsport FCU,
               1536 Riverside Dr,    Williamsport, PA 17702-7039
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4994604*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

```
          Atlas Acquisitions LLC    bk@atlasacq.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt     on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
          Robert  Spielman    on behalf of Debtor 2 Amanda S Gelnett bobspielman@yahoo.com,
           rssecty@yahoo.com
          Robert  Spielman    on behalf of Debtor 1 Michael E Gelnett bobspielman@yahoo.com,
           rssecty@yahoo.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael E Gelnett, | Chapter 13 |
| **Debtor 1** | |
| Amanda S Gelnett, | Case No. 5:17–bk–03042–JJT |
| **Debtor 2** | |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: September 19, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

ordsmiss (05/18)